# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| GREEN DEVELOPMENT, LLC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TMEIC CORPORATION, *et al.*, <br><br> *Defendants*. | Case No. 7:24-cv-00728-EKD-CKM |

### [PROPOSED]

### CONSENT ORDER

Having considered the parties' Joint Motion for Entry of Consent Order to Stay Discovery and Other Relief, for good cause shown and upon all parties consenting hereto, it is hereby ORDERED that:

1. Discovery shall be stayed until October 6, 2025 to accommodate the parties' ongoing efforts to resolve this dispute. As part of their efforts, the parties have represented that their settlement discussions require the development of mechanical designs and engineering studies that are estimated to take at least eight weeks to complete. This work is to be completed by individuals with primary responsibility for providing information and documents responsive to outstanding discovery requests.

2. The parties shall file with the Court a joint status report on or before September 29, 2025 to provide an update on the status of their efforts to resolve this dispute and assess whether an extension is warranted on the discovery stay ordered herein.

3. Unless the stay ordered herein is renewed or extended, parties shall respond to outstanding discovery requests (i.e., all outstanding interrogatories and requests for production of documents) on or before October 20, 2025.

4. Unless the stay ordered herein is renewed or extended, the deadline on fact discovery shall be extended from November 17, 2025 until January 19, 2026.

5. On or before October 27, 2025, the parties shall meet and confer to assess whether additional scheduling dates set forth in the scheduling order (ECF No. 60) should be extended.

6. Should the parties be unable to resolve this dispute in the manner described herein, they shall notify the Court by filing a joint status report as soon as practicable. Following a scheduling conference with the parties, the Court shall continue the trial date certain of September 14, 2026 set forth in the scheduling order (ECF No. 60) by no fewer than eight weeks.

SO ORDERED:

ENTERED: _____, 2025    _____
                                        U.S. District Court Judge Elizabeth K. Dillon

WE ASK FOR THIS:

| GREEN DEVELOPMENT, LLC, GDIM 1, LLC, GDIM 2, LLC, GDIM 3, LLC, and GDIM 4, LLC, | TMEIC CORPORATION AMERICAS f/k/a TMEIC CORPORATION |
|---|---|
| By their Attorneys, | By its Attorneys, |
| */s/* Joshua C. Johnson, Esq.<br>Joshua C. Johnson, Esq. (VSB No. 71113)<br>Christopher Jánszky, Esq. (VSB No. 99069)<br>MICHIEHAMLETT, PLLC<br>109 Norfolk Avenue, SW, 2nd Floor<br>Roanoke, VA 24011<br>Tel: (540) 491-0636<br>Fax: (434) 951-7273<br>jjohnson@michiehamlett.com<br>cjanszky@michiehamlett.com | /s/ Ian R. Dickinson<br>Ian R. Dickinson (VSB No. 92736)<br>Womble Bond Dickinson (US) LLP<br>201 E. Main Street, Suite P<br>Charlottesville, VA 22902<br>Telephone: (202) 857-4463<br>Email: Ian.Dickinson@wbd-us.com |

| /s/ Michael A. Dippolito III | AMERICAN WIRE GROUP, LLC f/k/a |
|---|---|
| William M. Dolan III, *Pro Hac Vice* | AMERICAN WIRE GROUP, INC. |
| Michael A. Dippolito III, *Pro Hac Vice* | |
| Colten H. Erickson, *Pro Hac Vice* | By its Attorneys, |
| ADLER POLLOCK & SHEEHAN P.C. | |
| 100 Westminster Street, 16th Floor | */s/* Edward B. Keidan Esq. |
| Providence, RI  02903 | Daniel A. Dorfman, Esq. (*pro hac vice*) |
| Tel: (401) 274-7200 | Edward B. Keidan, Esq. (*pro hac vice*) |
| Fax: (401) 751-0604 | Fox Swibel Levin & Carroll LLP |
| wdolan@apslaw.com | 200 West Madison Street, Suite 3000 |
| mdippolito@apslaw.com | Chicago, Illinois 60606 |
| cerickson@apslaw.com | ddorfman@foxswibel.com |
| | ekeidan@foxswibel.com |
| | |
| | W. Alexander Burnett |
| | Micah B. Schwartz |
| | **Williams Mullen** |
| | 200 South 10th Street, Suite 1600 |
| | P.O. Box 1320 |
| | Richmond, Virginia 23219 |
| | aburnett@williamsmullen.com |
| | mschwartz@williamsmullen.com |

Date: August 18, 2025