CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
October 06, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

GREEN DEVELOPMENT, LLC, *et al.*,

    *Plaintiffs*,

v.

TMEIC CORPORATION, *et al.*,

    *Defendants*.

Case No. 7:24-cv-00728-EKD-CKM

## CONSENT ORDER

Pursuant to the Joint Status Report dated September 29, 2025 (ECF No. 66) and the Parties' joint submission of this proposed Consent Order, the Court hereby orders:

1. The stay on discovery in this matter shall be extended to December 5, 2025.

2. Unless the stay ordered herein is further extended, parties shall respond to outstanding discovery requests (i.e., all outstanding interrogatories and requests for production of documents) on or before December 19, 2025.

3. All remaining scheduling dates in the Scheduling Order (ECF No. 60) shall be extended by 60 days to reflect the following deadlines:

    **DEADLINE TO COMPLETE FACT DISCOVERY:**     **January 16, 2026**

    **PLAINTIFF'S INITIAL EXPERT DISCLOSURE:**     **March 10, 2026**

    **DEFENDANT'S INITIAL AND REBUTTAL**
    **EXPERT DISCLOSURE:**     **April 17, 2026**

    **PLAINTIFF'S EXPERT REBUTTAL DISCLOSURE:**  **May 15, 2026**

    **DEADLINE TO COMPLETE EXPERT DISCOVERY:** **June 29, 2026**

| | |
|---|---|
| **DEADLINE TO FILE DISPOSITIVE MOTIONS AND MOTIONS TO EXCLUDE EXPERTS:** | **June 29, 2026** |
| **DEADLINE FOR HEARINGS ON DISPOSITIVE MOTIONS AND MOTIONS TO EXCLUDE EXPERTS:** | **August 31, 2026** |
| **DEADLINE FOR PARTIES TO EXCHANGE WITNESS AND EXHIBIT LISTS:** | **September 21, 2026** |
| **DEADLINE FOR MOTIONS IN LIMINE:**[1] | **September 25, 2026** |
| **DEADLINE FOR DEPOSITION DESIGNATIONS:** | **September 25, 2026** |
| **DEADLINE FOR COUNTERDESIGNATIONS AND OBJECTIONS TO DEPOSITION DESIGNATIONS:** | **October 1, 2026** |
| **DEADLINE FOR OBJECTIONS TO COUNTERDESIGNATIONS:** | **October 9, 2026** |
| **DEADLINE FOR JURY INSTRUCTIONS, STATEMENT OF THE CASE, AND SPECIAL INTERROGATORIES:** | **October 9, 2026** |
| **DEADLINE FOR HEARING ON MOTIONS IN LIMINE AND MOTIONS OBJECTING TO DEPOSITION TESTIMONY OR TRIAL EXHIBITS:** | **October 9, 2026** |
| **FINAL PRETRIAL CONFERENCE:** | **October 9, 2026** |

4. On or before December 1, 2025, the parties shall file a further joint status report to apprise the Court of the status of their negotiations to resolve this matter.

5. Should the parties be unable to resolve this dispute in the manner described herein, they shall notify the Court by filing a joint status report as soon as practicable. Following a

---

[1] The term "motion in limine" as used in this order does not include a motion to exclude an expert, however titled.

scheduling conference with the parties, the Court shall continue the trial date certain of September 14, 2026 set forth in the scheduling order (ECF No. 60) by no fewer than 100 days.

It is so **ORDERED**.

Entered: October 3, 2025.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
Chief United States District Judge

WE ASK FOR THIS:

| | |
|---|---|
| GREEN DEVELOPMENT, LLC, GDIM 1, LLC, GDIM 2, LLC, GDIM 3, LLC, and GDIM 4, LLC, | TMEIC CORPORATION AMERICAS f/k/a TMEIC CORPORATION |
| By their Attorneys, | By its Attorneys, |
| */s/* Joshua C. Johnson, Esq. | |
| Joshua C. Johnson, Esq. (VSB No. 71113) | /s/ Ian R. Dickinson |
| Christopher Jánszky, Esq. (VSB No. 99069) | Ian R. Dickinson (VSB No. 92736) |
| MICHIEHAMLETT, PLLC | Womble Bond Dickinson (US) LLP |
| 109 Norfolk Avenue, SW, 2nd Floor | 201 E. Main Street, Suite P |
| Roanoke, VA 24011 | Charlottesville, VA 22902 |
| Tel: (540) 491-0636 | Telephone: (202) 857-4463 |
| Fax: (434) 951-7273 | Email: Ian.Dickinson@wbd-us.com |
| jjohnson@michiehamlett.com | |
| cjanszky@michiehamlett.com | AMERICAN WIRE GROUP, LLC f/k/a AMERICAN WIRE GROUP, INC. |
| /s/ Michael A. Dippolito III | |
| William M. Dolan III, *Pro Hac Vice* | By its Attorneys, |
| Michael A. Dippolito III, *Pro Hac Vice* | |
| Colten H. Erickson, *Pro Hac Vice* | */s/* Edward B. Keidan Esq. |
| ADLER POLLOCK & SHEEHAN P.C. | Daniel A. Dorfman, Esq. (*pro hac vice*) |
| 100 Westminster Street, 16th Floor | Edward B. Keidan, Esq. (*pro hac vice*) |
| Providence, RI 02903 | Fox Swibel Levin & Carroll LLP |
| Tel: (401) 274-7200 | 200 West Madison Street, Suite 3000 |
| Fax: (401) 751-0604 | Chicago, Illinois 60606 |
| wdolan@apslaw.com | ddorfman@foxswibel.com |
| mdippolito@apslaw.com | ekeidan@foxswibel.com |
| cerickson@apslaw.com | |

                                                      W. Alexander Burnett
                                                      Micah B. Schwartz
                                                      **Williams Mullen**
                                                      200 South 10th Street, Suite 1600
                                                      P.O. Box 1320
                                                      Richmond, Virginia 23219
                                                      aburnett@williamsmullen.com
                                                      mschwartz@williamsmullen.com

Date: October 3, 2025