### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

GREEN DEVELOPMENT, LLC, *et al.*,

     *Plaintiffs*,

v.

TMEIC CORPORATION, *et al.*,

     *Defendants*.

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

February 04, 2026

LAURA A. AUSTIN, CLERK
BY: **/s/ Erica Jones**
DEPUTY CLERK

Case No. 7:24-cv-00728-EKD-CKM

### ORDER

Pursuant to the Joint Status Reports dated January 30, 2026 (ECF No. 72) and February 3, 2026 (ECF No. 73), and the Parties' joint submission of this proposed Consent Order, the Court hereby orders:

1.  The stay on discovery in this matter shall be extended to March 9, 2026.

2.  The parties shall respond to outstanding discovery requests (i.e., all outstanding interrogatories and requests for production of documents) on or before March 23, 2026.

3.  All remaining scheduling dates in the Scheduling Order shall be extended by 30 days to reflect the following deadlines:

| | |
|---|---|
| **DEADLINE TO COMPLETE FACT DISCOVERY:** | **April 16, 2026** |
| **PLAINTIFF'S INITIAL EXPERT DISCLOSURE:** | **June 10, 2026** |
| **DEFENDANT'S INITIAL AND REBUTTAL EXPERT DISCLOSURE:** | **July 16, 2026** |
| **PLAINTIFF'S EXPERT REBUTTAL DISCLOSURE:** | **August 13, 2026** |
| **DEADLINE TO COMPLETE EXPERT DISCOVERY:** | **September 28, 2026** |

**DEADLINE TO FILE DISPOSITIVE MOTIONS
AND MOTIONS TO EXCLUDE EXPERTS:**                    **October 28, 2026**

**DEADLINE FOR HEARINGS ON DISPOSITIVE
MOTIONS AND MOTIONS TO EXCLUDE
EXPERTS:**                                          **December 4, 2026**

**DEADLINE FOR PARTIES TO EXCHANGE
WITNESS AND EXHIBIT LISTS:**                        **December 21, 2026**

**DEADLINE FOR MOTIONS IN LIMINE:**[1]              **December 28, 2026**

**DEADLINE FOR DEPOSITION DESIGNATIONS:**           **December 28, 2026**

**DEADLINE FOR COUNTERDESIGNATIONS AND
OBJECTIONS TO DEPOSITION DESIGNATIONS:**            **December 31, 2026**

**DEADLINE FOR OBJECTIONS TO
COUNTERDESIGNATIONS:**                              **January 7, 2027**

**DEADLINE FOR JURY INSTRUCTIONS,
STATEMENT OF THE CASE, AND
SPECIAL INTERROGATORIES:**                          **January 7, 2027**

**DEADLINE FOR HEARING ON MOTIONS IN
LIMINE AND MOTIONS OBJECTING TO
DEPOSITION TESTIMONY OR TRIAL EXHIBITS:**           **January 7, 2027**

**FINAL PRETRIAL CONFERENCE:**                      **January 7, 2027**

4.      On or before February 27, 2026, the parties shall file a further joint status report to apprise the Court of the status of their negotiations to resolve this matter.

5.      Should the parties be unable to resolve this dispute in the manner described herein, they shall notify the Court by filing a joint status report as soon as practicable. Following a

---

[1]  The term "motion in limine" as used in this order does not include a motion to exclude an expert, however titled.

scheduling conference with the parties, the Court shall continue the trial date certain of September 14, 2026 set forth in the scheduling order (ECF No. 60) by no fewer than 130 days.

It is so **ORDERED**.

Entered: February 4, 2025.


/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge