**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

GREEN DEVELOPMENT, LLC, *et al.*,

        *Plaintiffs*,

v.

TMEIC CORPORATION, *et al.*,                    Case No. 7:24-cv-00728-EKD-CKM

        *Defendants*.

## JOINT STATUS REPORT

Now come the parties, through their respective counsel, and provide the following status report in accordance with this Court's amended scheduling order (ECF No. 75) and order dated March 25, 2026 (ECF No. 76).

1.      In accordance with the parties' representations in the February 3, 2026 joint status report (ECF No. 73), Defendant TMEIC Corporation Americas ("TMEIC") circulated a revised draft of a proposed settlement agreement to the Parties on February 13, 2026.

2.      The Parties remain actively engaged in negotiations to resolve this matter. Plaintiffs circulated additional revisions to the proposed settlement agreement on March 26, 2026, to which TMEIC responded with further revisions on March 31.

3.      The Parties agree to provide a further update to the Court in a Joint Status Report to be filed no later than April 15, 2026 if a notice of settlement is not filed with the Court before that date.


Date: April 1, 2026                                        Respectfully submitted,

/s/ Joshua C. Johnson, Esq.
Joshua C. Johnson, Esq. (VSB No. 71113)
Christopher Jánszky, Esq. (VSB No. 99069)
MICHIEHAMLETT, PLLC
109 Norfolk Avenue, SW, 2nd Floor
Roanoke, VA 24011
Tel: (540) 491-0636
Fax: (434) 951-7273
jjohnson@michiehamlett.com
cjanszky@michiehamlett.com

/s/ Michael A. Dippolito III
William M. Dolan III, *Pro Hac Vice*
Michael A. Dippolito III, *Pro Hac Vice*
Colten H. Erickson, *Pro Hac Vice*
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI  02903
Tel: (401) 274-7200
Fax: (401) 751-0604
wdolan@apslaw.com
mdippolito@apslaw.com
cerickson@apslaw.com

*Counsel for Plaintiffs*

/s/ Ian R. Dickinson
Ian R. Dickinson (VSB No. 92736)
Womble Bond Dickinson (US) LLP
201 E. Main Street, Suite P
Charlottesville, VA 22902
Telephone: (202) 857-4463
Email: Ian.Dickinson@wbd-us.com
*Counsel for TMEIC Corporation Americas*

*/s/* Edward B. Keidan Esq.
Daniel A. Dorfman, Esq. (*pro hac vice*)
Edward B. Keidan, Esq. (*pro hac vice*)
Fox Swibel Levin & Carroll LLP
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
ddorfman@foxswibel.com
ekeidan@foxswibel.com

W. Alexander Burnett
Micah B. Schwartz
**Williams Mullen**
200 South 10th Street, Suite 1600
P.O. Box 1320
Richmond, Virginia 23219
aburnett@williamsmullen.com
mschwartz@williamsmullen.com
*Counsel for American Wire Group LLC f/k/a
American Wire Group Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document, which was served in its

entirety on all counsel of record by the Court's CM/ECF system.

Date:   April 1, 2026                    /s/ *Ian R. Dickinson*
                                         Ian R. Dickinson