CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VIRGINIA
**FILED**
April 15, 2026
Laura A. Austin, Clerk
By: s/ Kelly Anglim
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

GREEN DEVELOPMENT, LLC, *et al.*,

*Plaintiffs*,

v.

TMEIC CORPORATION, *et al.*,

*Defendants*.

Case No. 7:24-cv-00728-EKD-CKM

**CONSENT ORDER**

Having considered the Parties' Joint Status Report, Notice of Settlement, and Motion for Stay of Proceedings, for good cause shown and upon all parties consenting hereto, it is hereby ORDERED that:

1. This matter is stayed until October 12, 2026.

2. The Parties are directed to file a stipulation of dismissal with prejudice no later than October 12, 2026.

3. If the Parties are unable to file such a stipulation, the Parties are directed to file, no later than October 12, 2026, a further joint status report advising the Court of the status of the Parties' performance under their Confidential Settlement Agreement dated April 10, 2026.

It is so ORDERED.

Entered: April 15, 2026.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
Chief United States District Judge