**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

GREEN DEVELOPMENT, LLC, *et al.*,

*Plaintiffs*,

v.

TMEIC CORPORATION, *et al.*,

*Defendants*.

Case No. 7:24-cv-00728-EKD-CKM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties, through their respective undersigned counsel, hereby stipulate that the above-styled action, inclusive of all claims, counterclaims, and crossclaims, shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and expenses of litigation.

Date: October 8, 2026

Respectfully submitted,

(signatures on following page)

/s/ Joshua C. Johnson, Esq.
Joshua C. Johnson, Esq. (VSB No. 71113)
Christopher Jánszky, Esq. (VSB No. 99069)
MICHIEHAMLETT, PLLC
109 Norfolk Avenue, SW, 2nd Floor
Roanoke, VA 24011
Tel: (540) 491-0636
Fax: (434) 951-7273
jjohnson@michiehamlett.com
cjanszky@michiehamlett.com

/s/ Michael A. D'Ippolito III
William M. Dolan III, *Pro Hac Vice*
Michael A. D'Ippolito III, *Pro Hac Vice*
Colten H. Erickson, *Pro Hac Vice*
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
wdolan@apslaw.com
mdippolito@apslaw.com
cerickson@apslaw.com

*Counsel for Plaintiffs*

/s/ Ian R. Dickinson
Ian R. Dickinson (VSB No. 92736)
Womble Bond Dickinson (US) LLP
201 E. Main Street, Suite P
Charlottesville, VA 22902
Telephone: (202) 857-4463
Email: Ian.Dickinson@wbd-us.com
*Counsel for TMEIC Corporation Americas*

/s/ Edward B. Keidan Esq.
Daniel A. Dorfman, Esq. (*pro hac vice*)
Edward B. Keidan, Esq. (*pro hac vice*)
Fox Swibel Levin & Carroll LLP
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
ddorfman@foxswibel.com
ekeidan@foxswibel.com

W. Alexander Burnett
Micah B. Schwartz
**Williams Mullen**
200 South 10th Street, Suite 1600
P.O. Box 1320
Richmond, Virginia 23219
aburnett@williamsmullen.com
mschwartz@williamsmullen.com
*Counsel for American Wire Group LLC f/k/a American Wire Group Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document, which was served in its entirety on all counsel of record by the Court's CM/ECF system.

Date: October 8, 2026

/s/ *Ian R. Dickinson*
Ian R. Dickinson